1 | ALAN A. DRESSLER, ESQ. (SBN #56916)
2 | 400 Montgomery St., Suite 200
  | San Francisco, California 94104
3 | Tel.: (415) 421-7980
  | Fax: (415) 421-7021

4 | Attorney for Defendant Yang Hua Mei

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-238 MHP |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [proposed] |
| v. | ) | |
| | ) | **STIPULATION AND ORDER** |
| YANG HUA MEI | ) | **CONTINUING DATE FOR** |
| | ) | **SENTENCING OF DEFENDANT YANG** |
| Defendant. | ) | **HUA MEI** |
| | ) | |

For good cause shown and based upon the agreement of the parties and the probation officer that more time is needed to complete the Presentence Report in this case due the fact that defendant YANG HUA MEI's interview by the Federal Probation Office has been delayed because of complications arising out of the birth of defendant's child  IT IS HEREBY

///
///
///
///
///
///

Stip/Order U.S. v. Mei: CR 08-238 MHP

1  ORDERED that the sentencing date presently set for March 2, 2009 at 9:00 a.m. is vacated and
2  the matter is re-set for sentencing on April 27, 2009 at 9:00 a.m.
3
4  So stipulated:
5
6  Dated: _____
   Alan Dressler
7  Attorney for Defendant
   Yang Hua Mei
8
9  Dated: _____
   Owen P. Martikan
10 Assistant U.S. Attorney
11
12 **So Ordered:**   1/20/2009   _____
   Hon. Marilyn Hall Patel
13 Judge, U.S. District Court
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip/Order U.S. v. Mei: CR 08-238 MHP        2