ALAN A. DRESSLER, ESQ. (SBN #56916)
400 Montgomery St., Suite 200
San Francisco, California 94104
Tel.: (415) 421-7980
Fax: (415) 421-7021

Attorney for Defendant Yang Hua Mei

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-238 MHP |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [proposed] |
| v. | ) | |
| | ) | **STIPULATION AND ORDER** |
| YANG HUA MEI | ) | **MODIFYING CONDITIONS** |
| | ) | **PROBATION OF DEFENDANT YANG** |
| Defendant. | ) | **HUA MEI** |
| | ) | |

On April 27, 2009 defendant Yang Hua Mei was sentenced to three years of probation on the condition that she serve six months of home confinement without electronic monitoring; a special assessment of $100; restitution of $27,283.24; and 100 hours of community service.

On May 29, 2009 the court extended defendant Mei's home confinement to nine months and also ordered that she be subject to electronic monitoring and a search condition.

Defendant Mei has successfully completed her nine month period of home detention.

For the following reasons, counsel for defendant Mei and the government, with the agreement of pretrial services, stipulate that in lieu of defendant Mei's obligation to complete 100 hours of community service she serve an additional 30 days of home confinement with electronic monitoring:

1. Defendant Mei 'a husband works full-time thus defendant Mei has sole responsibility for caring for their two year old daughter.

2. Defendant Mei and her husband cannot afford to hire a baby-sitter to care for their child

Stip/Order U.S. v. Mei: CR 08-238 MHP

1 during the time that defendant Mei would be out of the home performing community service.

2    3. Counsel for defendant Mei has spoken with defendant Mei's probation officer and he has no objection to this stipulation.

IT IS SO STIPULATED:

Dated: March 15, 2010
              /s/
        Alan Dressler
        Attorney for Defendant
        Yang Hua Mei

Dated: March 15, 2010
              /s/
        Owen P. Martikan
        Assistant U.S. Attorney

        Hon. Marilyn Hall Patel
        Judge, U.S. District Court

[~~proposed~~] ORDER

Upon the stipulated motion of the parties and good cause appearing, IT IS HEREBY ORDERED that special condition one of Defendant Mei's terms of probation is modified as follows: in lieu of defendant Mei's obligation to complete 100 hours of community service she is ordered to serve an additional 30 days of home confinement with electronic monitoring.

IT IS SO ORDERED

Dated: 3/16/2010

*IT IS SO ORDERED — Judge Marilyn H. Patel (United States District Court, Northern District of California seal)*

Stip/Order U.S. v. Mei: CR 08-238 MHP       2